UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 10156
   IGNACIO AGUAYO-AVALOS
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-9399
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/18/06 and confirmed on 12/08/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20852.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 1564.34 | .00 | 1564.34 |
| CONSUMER FINANCE CORPORA | SECURED VEHIC | 4262.13 | 432.95 | 4262.13 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4753.63 | .00 | 4753.63 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2548.77 | .00 | 2548.77 |
| PEOPLES GAS | UNSECURED | 2326.04 | .00 | 2326.04 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1720.26 | .00 | 1720.26 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5826.47 | .00 | 11348.70 | .00 | 17175.17 |
| PRINCIPAL PAID | 5826.47 | .00 | 11348.70 | .00 | 17175.17 |
| INTEREST PAID | 432.95 | .00 | .00 | .00 | 432.95 |
| TOTAL PAID | 6259.42 | .00 | 11348.70 | .00 | 17608.12 |

The Debtor's attorney, THOMAS R HITCHCOCK          , was allowed $   2500.00 and was paid $   620.00  direct and $   1880.00  through the plan.

The Trustee received $   1029.29 .

Refunds to the Debtor totaled $    334.59 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 06 B 10156 IGNACIO AGUAYO-AVALOS